

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00122-CR

Carlos Bernard **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 13, 2016.

Marialyn Barnard, Justice